

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00538-CR

Elias Anthony **TAYLOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-602-CR
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, appellant's motion to dismiss is
GRANTED, and this appeal is DISMISSED.

SIGNED December 7, 2022.

_____
Liza A. Rodriguez, Justice